UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-20042-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

EZEQUIEL MOJICA,

       Defendant.
_____/

## FACTUAL PROFFER

The United States would have proven the following facts beyond a reasonable doubt if this case had proceeded to trial:

On January 6, 2012, United States Secret Service (USSS) learned that a FedEx package addressed to co-defendant Aleida CRUZ in Miami, Florida contained $67,725.00 in fraudulently obtained U.S. Treasury Income Tax Refund checks. On January 6, 2012, USSS Special Agents conducted a controlled delivery of the FedEx package to CRUZ at 1368 NW 101st Street in Miami, Florida. After accepting the FedEx package, CRUZ was approached by USSS Special Agents. After being advised of and waiving her *Miranda* rights, CRUZ admitted that the U.S. Treasury Income Tax Refund checks in the FedEx package were obtained by fraudulently submitted federal income tax returns. USSS Special Agents confirmed that the U.S. Treasury Income Tax Refund checks found in the FedEx package were fraudulently obtained. CRUZ further admitted that these checks were sent to her by unidentified individuals in New York in order to have them negotiated in Miami, Florida.

CRUZ agreed to make a monitored and recorded call to an individual she knew as "Ezequiel." CRUZ admitted that she had been directed by an unidentified individual in New York

*Exhibit*

to supply defendant EZEQUIEL MOJICA with approximately $30,000.00 of the U.S. Treasury Income Tax Refund checks for him to negotiate. CRUZ made the controlled delivery to Colonial Tax at 2290 NW 20th Street in Miami, Florida in the Southern District of Florida. Colonial Tax is the tax preparation business owned and operated by MOJICA. MOJICA was not there when CRUZ arrived at Colonial Tax. An employee who was working at the business notified MOJICA that CRUZ was there to see him. MOJICA arrived and accepted six (6) U.S. Treasury Income Tax Return checks totaling $35,150.00 from CRUZ. After MOJICO copied the checks and handed her the photocopies of the six (6) checks, she left the business. The controlled delivery of the checks by CRUZ to MOJICA was audio recorded.

Shortly thereafter, USSS Special Agents entered Colonial Tax and approached MOJICA. MOJICA was advised of and waived his *Miranda* rights. MOJICA stated that he was approached by an unidentified individual in November 2011 about negotiating fraudulently obtained federal income tax refund checks. MOJICA admitted that he was aware that the U.S. Treasury Income Tax Refund checks that he received from CRUZ were obtained from fraudulently submitted federal income tax returns. MOJICA provided written consent to search his business. USSS Special Agents recovered the checks supplied to MOJICA by CRUZ in Colonial Tax. They also discovered photocopies of nine (9) U.S. Treasury Income Tax Refund checks made payable to different individuals totaling $52,906.26. MOJICA admitted that these checks were also from fraudulently submitted federal income tax returns and that they were supplied by another unidentified individual

for him to negotiate. MOJICA admitted that he had negotiated these checks fifteen (15) days earlier.

Date: 5/2/2012

By: _____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY

Date: 5/2/12

By: _____
MARTIN J. BEGUIRISTAIN
ATTORNEY FOR DEFENDANT

Date: 5/2/12

By: _____
EZEQUIEL MOJICA
DEFENDANT